Adam M. Apton (State Bar No. 316506)
**LEVI & KORSINSKY LLP**
1160 Battery Street East, Suite 100 - #3425
San Francisco, CA 94111
Telephone: 415-373-1671
Facsimile: 212-363-7171
Email: aapton@zlk.com

*Counsel for Plaintiffs*

*[Additional Counsel listed on signature page]*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| KARIN BAUER, ANGELA STURGES, and CHRISTIE SHINN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PAYPAL, INC. and PAYPAL HOLDINGS, INC.,<br><br>Defendants. | **CASE NO.: 5:25-cv-00580**<br><br>**PLAINTIFFS BAUER, STURGES, AND SHINN'S RESPONSE TO JOINT MOTION TO CONSOLIDATE CASES** |

On January 22, 2025, the plaintiffs in *Silva v. PayPal,* No. 5:24-cv-09510-BLF (N.D. Cal.), *GamersNexus LLC v. PayPal Holdings, Inc., et al.*, No. 5:25-cv-00114-BLF (N.D. Cal.), *Young v. Paypal Inc., et al.*, No. 5:25-cv-00124-BLF (N.D. Cal.), *Coleman v. PayPal Inc. et al.*, No. 5:25-cv-00367-BLF (N.D. Cal.), *Moran v. PayPal, Inc., et al.*, No. 5:25-cv-00476-BLF (N.D. Cal.), *Lyon Fitness v. PayPal, Inc., et al.*, No. 5:25-cv-00501-BLF (N.D. Cal.), *Oganesyan et al. v. PayPal, Inc., et al.*, No. 4:25-cv-00518-BLF (N.D. Cal.), *Brevard Marketing v. PayPal, Inc., et al.*, No. 5:25-cv-00573-BLF (N.D. Cal.), and *Wendover Productions, LLC, et al. v. PayPal Inc.*, No. 5:24-cv09470-BLF (N.D. Cal.) filed an unopposed Joint Motion for Consolidation of Actions and to Set the Process for Appointment of Interim Class Counsel ("Joint Motion"). ECF 38.

1  Plaintiffs Karin Bauer, Angela Sturges, and Christie Shinn ("Plaintiffs") file this response
2  in support of the Joint Motion, and respectfully request that the Court grant the Joint Motion and
3  enter an order: (1) consolidating the Related Actions, and any future related actions filed in,
4  removed to, or transferred to this Court, pursuant to Fed. R. Civ. P. 42(a) under the docket of the
5  first-filed *Wendover* action; (2) recaptioning the action to *In re PayPal Honey Browser Extension*
6  *Litigation*; and (3) setting a schedule for counsel to file motions to appoint interim class counsel.
7  Plaintiffs agree that consolidation and appointment of interim class counsel is appropriate.

[*SIGNATURE BLOCK ON FOLLOWING PAGE*]

Date: January 27, 2025

Respectfully submitted,

**LEVI & KORSINSKY LLP**

By: /s/ *Adam M. Apton*
Adam M. Apton (State Bar No. 316506)
1160 Battery Street East, Suite 100 - #3425
San Francisco, CA 94111
Telephone: 415-373-1671
Facsimile: 212-363-7171
Email: aapton@zlk.com

Mark S. Reich*
Courtney E. Maccarone*
Colin A. Brown*
Alyssa Tolentino*
**LEVI & KORSINSKY, LLP**
33 Whitehall Street, 17th Floor
New York, NY 10004
Telephone: (212) 363-7500
Facsimile: (212) 363-7171
Email: mreich@zlk.com
Email: cmaccarone@zlk.com
Email: cbrown@zlk.com
Email: atolentino@zlk.com

*Counsel for Plaintiffs*

**pro hac vice* forthcoming*